UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUNSCAPE EYEWEAR, INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 8:24-cv-00645-JVS-KES**<br><br>**Hon. James V. Selna**<br>**Magistrate Karen E. Scott**<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE [32]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties dismiss any and all claims and counterclaims in the present action against each other with prejudice. Each side is to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Date: December 09, 2024

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE